**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| YRC Inc., | |
| Plaintiff, | |
| vs. | |
| Quantum Freight LLC; and Eden Transport Capital, LLC, | Adv. No. 25-51726 |
| Defendant. | |

<u>**CERTIFICATE OF SERVICE**</u>

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this ***Notice of Dismissal of Adversary Proceeding*** was made on August 7, 2025, via

| X | Electronic mail, addressed to: |
|---|---|

<u>Counsel for Defendant</u>
Mandeep S. Rupal, Esq.
RUPAL LAW
Email: mrupal@rupallaw.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 7, 2025

    */s/ Jean Esslinger*
Jean Esslinger
ASK LLP
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN 55121